# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

JESSICA HUGHES,
*Plaintiff*

V.

Civil Action
No. **6:22-CV-00629-ADA-DTG**

ICARE FINANCIAL, INC., ET AL.,
*Defendant*



## SUMMONS IN A CIVIL ACTION

TO:  iCare Financial, Inc.
C/O REGISTERED AGENT
PIERRE BAILEY
901 BOLTON RD NW APT E8
ATLANTA, GA 30331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Marwan Rocco Daher
> Sulaiman Law Group, Ltd.
> 2500 S. Highland Avenue, Suite 200
> Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



PHILIP J. DEVLIN
CLERK OF COURT

s/SHINITA VELASQUEZ
DEPUTY CLERK

ISSUED ON 2022-07-18 14:28:57

# UNITED STATES DISTRICT COURT

for the
Western District of Texas

| | |
|---|---|
| **JESSICA HUGHES** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 6:22-CV-00629-ADA-DTG |
| **ICARE FINANCIAL, INC,, ET AL.,** | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Anthonio Hightower, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on July 21, 2022 at 2:45 pm. I delivered these documents on iCare Financial, Inc. in Fulton County, GA on August 2, 2022 at 8:28 pm at 901 Bolton Rd NW, Apt E8, Atlanta, GA 30331 by posting the documents in a conspicuous place at the premises.

Summons
Complaint

Additional Description:
I posted the documents to the door.

Geolocation of Serve: http://maps.google.com/maps?q=33.7797324653,-84.4969470717
Photograph: See Exhibit 1

My name is Anthonio Hightower, my date of birth is 9/22/1965, and my address is 526 Country Greens Dr., Jonesboro, GA 30238, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in  Fulton County ,
  GA   on  8/3/2022  .

/s/ *Anthonio Hightower*
Anthonio Hightower - (770) 265-2634
Certification Number: CPS250
Expiration Date: 11/6/2021

Job #152982             Paul Pankiewicz             Page 1

Additional Attempts:

**Serve Attempt #1**
Date / Time: July 22, 2022 3:20 pm
Address: 901 Bolton Rd NW, Apt E8, Atlanta, GA 30331
Photo: See Exhibits 2a, 2b, 2c, 2d below
Geolocation: http://maps.google.com/maps?q=33.7795983713,-84.4969305702
Description of attempt: The door was open and the TV was on but there was no answer. The leasing office verified that the Registered Agent still lived there.

**Serve Attempt #2**
Date / Time: July 23, 2022 4:19 pm
Address: 901 Bolton Rd NW, Apt E8, Atlanta, GA 30331
Photo: See Exhibits 3a, 3b below
Geolocation: http://maps.google.com/maps?q=33.7797121811,-84.4972290783
Description of attempt: It sounded like someone was at the residence but refused to answer the door.

**Serve Attempt #3**
Date / Time: July 25, 2022 3:44 pm
Address: 901 Bolton Rd NW, Apt E8, Atlanta, GA 30331
Photo: See Exhibits 4a, 4b, 4c, 4d below
Geolocation: http://maps.google.com/maps?q=33.7874375926,-84.4940748436
Description of attempt: It sounded like someone was at the residence but refused to answer the door.

**Serve Attempt #4**
Date / Time: July 28, 2022 1:26 pm
Address: 901 Bolton Rd NW, Apt E8, Atlanta, GA 30331
Photo: See Exhibits 5a, 5b, 5c below
Geolocation: http://maps.google.com/maps?q=33.7797217625,-84.4969893335
Description of attempt: It sounded like someone was at the residence but refused to answer the door.

Exhibit 2c)



# Exhibit 1



Exhibit 1a)

Job #152982

Page 3

Exhibit 1b)

